UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

DOUGLAS LONGHINI, individually,

    Plaintiff,

v.                                                                                          Case No.: <u>1:16-cv-23230-KMW</u>

SARRIA ENTERPRISES, INC., a Florida corporation,

    Defendant.

_____/

## **PLAINTIFF'S NOTICE OF SETTLEMENT**

Plaintiff, DOUGLAS LONGHINI, hereby notifies the Court that he has reached a settlement of all disputed issues in this lawsuit with Defendant, SARRIA ENTERPRISES, INC., a Florida corporation. The parties are in the process of executing the operative settlement agreement, and will thereafter submit a joint stipulation of dismissal of this lawsuit expeditiously.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon counsel of record by electronically filing same with the Clerk of Court using the Electronic Case Filing System, on this <u>29th</u> day of <u>September</u>, 2016.

*Respectfully submitted,*

**ESPINOSA LAW GROUP**
10625 N. Kendall Dr.
Miami, FL 33176-1510
Tel.: 305-655-1501
E-mail: despinosa@espinosalawgroup.com

By: */s/ Danny Espinosa*
    Daniel Alberto Espinosa, Esq.
    Florida Bar No. 81686

– 1 –
**ESPINOSA LAW GROUP**
TRIAL LAWYERS